UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRABHJOT SINGH,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT,<br><br>Respondent. | CASE NO. 2:26-cv-03571-JNW<br><br>ORDER |

Petitioner Prabhjot Singh has filed a proposed 28 U.S.C. § 2241 habeas petition, Dkt. No. 1-1, and an application to proceed in forma pauperis ("IFP"), Dkt. No. 1. Singh's IFP application indicates that he has no savings or income as he is detained. On this record, the Court finds that Singh would experience financial difficulty in paying the filing fee. Accordingly, the Court GRANTS the IFP application.

Dated this 22nd day of September, 2026.

Jamal N. Whitehead
United States District Judge